**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 340 EAL 2018

       Respondent       :

                             :    Petition for Allowance of Appeal from

                             :    the Order of the Superior Court

       v.                     :

                             :

TERRANCE WASHINGTON,          :

                             :

       Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.